FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID WILLIAM LONG, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WHITMAN COUNTY WASHINGTON, a Washington municipal corporation,<br><br>　　　　　Defendant. | No. 2:23-CV-00234-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 15** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs. ECF No. 15. The parties stipulate to the dismissal of Plaintiff's all claims against Defendant, with prejudice and without an award of costs. ECF No. 15 at 1-2.

Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss

ORDER - 1

signed by all parties that have appeared.  The instant stipulation is signed by all parties that have appeared.[1]

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, Plaintiff's claims against Defendant are **DISMISSED with prejudice**, without an award of fees or costs.

2. Any pending motions are **DENIED as moot.**

3. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED February 14, 2024.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Plaintiff, J. Scott Miller, signed the stipulated motion, though there appears to be a typo in the signature block.  ECF No. 15 at 2.  The Court is satisfied that the stipulation complies with Fed. R. Civ. P. 41.

ORDER - 2